**No. 09-812. Lilian Ileto, Petitioner v. Glock, Inc., et al.**

560 U.S. 924, 130 S. Ct. 3320, 176 L. Ed. 2d 1219, 2010 U.S. LEXIS 4308.

May 24, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 565 F.3d 1126.